ANTONIO CAPPOLA, Plaintiff, *v.* ADOLPH TEITELBAUM, Defendant.

In the Matter of the Proceedings to Punish ADOLPH TEITEL-BAUM, Appellant, for Contempt; THE PEOPLE OF THE STATE OF NEW YORK, Respondent.

*Matter of Teitelbaum*, 84 App. Div. 351, modified.
(Argued April 16, 1906; decided May 1, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered August 3, 1903, which dismissed an appeal from an order of the court at a Trial Term adjudging the appellant herein guilty of criminal contempt, and affirmed an order of Special Term denying a motion to vacate and set aside said order.

*Max Schleimer* and *Abraham B. Schleimer* for appellant.

*William Travers Jerome*, District Attorney (*Robert S. Johnstone* of counsel), for respondent.

Order of Appellate Division dismissing appeal from the order of the Trial Term punishing appellant for contempt modified so as to affirm said order, without costs, and as modified affirmed, without costs in this court. Appeal from order affirming order of Special Term dismissed, without costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.